**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Jeffrey A. Ward,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-04018-PHX DGC<br><br>**ORDER** |
| Diane Washington,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00457-PHX DGC<br><br>**ORDER** |
| Candy F. Washington,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-04383-PHX DGC<br><br>**ORDER** |
| Loretta J. Washington,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03881-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Garrett H. Watkins,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-04419-PHX DGC<br><br>**ORDER** |
| Jennifer L. Watkins,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03957-PHX DGC<br><br>**ORDER** |
| Sandra M. Watson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-04362-PHX DGC<br><br>**ORDER** |
| Judith A. Watson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-04343-PHX DGC<br><br>**ORDER** |
| George W. Watts,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-02770-PHX DGC<br><br>**ORDER** |
| Grady B. Weathers,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03958-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Lillian E. Weaver,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-04341-PHX DGC<br><br>**ORDER** |
| Esther E. Weaver,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00458-PHX DGC<br><br>**ORDER** |
| Russell J. Webster,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00197-PHX DGC<br><br>**ORDER** |
| Robert J. Weiner,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03467-PHX DGC<br><br>**ORDER** |
| Rebecca Weitkamp,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00599-PHX DGC<br><br>**ORDER** |
| Gregory A. Weivoda,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03737-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James L. Wentland,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00473-PHX DGC<br><br>**ORDER** |
| Marianne Wermter,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00394-PHX DGC<br><br>**ORDER** |
| Margaret J. Werner,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-04645-PHX DGC<br><br>**ORDER** |
| Floyd Westfall,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-00327-PHX DGC<br><br>**ORDER** |
| Juanita D. Weston,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-04345-PHX DGC<br><br>**ORDER** |
| Rhonda V. White,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00194-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Joann White,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03645-PHX DGC<br><br>**ORDER** |
| Monica M. White,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-04483-PHX DGC<br><br>**ORDER** |
| Henry J. Whittaker,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03551-PHX DGC<br><br>**ORDER** |
| Kristen Wilburn,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-04452-PHX DGC<br><br>**ORDER** |
| Stephen D. Wilcox,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00460-PHX DGC<br><br>**ORDER** |
| Henry L. Wilkerson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03504-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Frances J. Wilkinson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-01545-PHX DGC<br><br>**ORDER** |
| Anne Will,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03483-PHX DGC<br><br>**ORDER** |
| Virginia L. Williams,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03515-PHX DGC<br><br>**ORDER** |
| Clarissa Williams,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-04411-PHX DGC<br><br>**ORDER** |
| Donald W. Williams,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03939-PHX DGC<br><br>**ORDER** |
| Kay F. Williams,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-04381-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Brian A. Williams,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03942-PHX DGC<br><br>**ORDER** |
| Ruthell Williams,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03403-PHX DGC<br><br>**ORDER** |
| Charles R. Williams,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03824-PHX DGC<br><br>**ORDER** |
| Virginia Williams,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03959-PHX DGC<br><br>**ORDER** |
| Daniel Williams,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00671-PHX DGC<br><br>**ORDER** |
| Marcus Willis,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03759-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Gregg L. Wills,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-04444-PHX DGC<br><br>**ORDER** |
| Wanda M. Wilson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03726-PHX DGC<br><br>**ORDER** |
| Vicky M. Wilson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03993-PHX DGC<br><br>**ORDER** |
| Robert Wilson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03960-PHX DGC<br><br>**ORDER** |
| Kevin T. Wilson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00604-PHX DGC<br><br>**ORDER** |
| Gary D. Wilson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-04646-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Geraldine E. Wilson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-04649-PHX DGC<br><br>**ORDER** |
| Michael A. Wilson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03501-PHX DGC<br><br>**ORDER** |
| Scott Wingate,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00461-PHX DGC<br><br>**ORDER** |
| Stephanie Winnegan,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03544-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20680.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20680) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 31st day of October, 2019.

David G. Campbell
Senior United States District Judge